**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 11, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00390-CV

## IN RE LIGHTNING LOGISTICS, LLC, AND JUSTIN JACKSON, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-18115**

## MEMORANDUM OPINION

On June 1, 2023, relators Lightning Logistics, LLC, and Justin Jackson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Ursula Hall, presiding judge of the 165th District Court of Harris County, to set aside her March 22, 2023 order on real party in interest's motion to compel.

On June 28, 2023, relators filed a motion to dismiss this original proceeding

because the parties have settled the matter.  Relators' requested relief in the petition for writ of mandamus is now moot.  The motion is GRANTED.

Accordingly, relators' petition for writ of mandamus is dismissed.  We lift our stay entered on June 2, 2023.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.